IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

THE ESTATE OF LAMONICA RUPERT,                                          PLAINTIFFS
MICHEAL RUPERT, MICHEAL ANTUAN RUPERT,
RAHEEN PETTY, and JEANETTE PETTY

V.                                                              CIVIL ACTION NO. 1:18-CV-64-SA-RP

MILDRED HOWELL, QUINCY HOWELL,
MERCURY INSURANCE COMPANY,
ALLIANCE UNITED INSURANCE COMPANY, and
PV HOLDING CORP.                                                          DEFENDANTS

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion

Aycock on April, 12, 2018. Judge Aycock, on her own motion, hereby RECUSES herself from

this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this

cause to another United States District Judge.

This, the 25th day of April, 2018.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE