IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEN DIVISION

THE ESTATE OF LAMONICA RUPERT,
MICHAEL RUPERT, MICHEAL ANTUAN RUPERT,
RAHEEN PETTY AND JEANETTE PETTY                                    PLAINTIFFS

VERSUS                                                              CAUSE NO. 1:18cv64-GHD-RP

MILDRED HOWELL, QUINCY HOWELL, DECEASED,
MERCURY INSURANCE COMPANY, ALLIANCE
UNITED INSURANCE COMPANY, PV HOLDING CORP.
D/B/A BUDGET RENT A CAR, IVORY HOWELL
AND ALINE HOWELL                                                    DEFENDANTS

<u>ORDER DISMISSING DEFENDANT MERCURY INSURANCE COMPANY</u>

ON THIS DAY this cause came on to be heard on the motion, *ore tenus*, of the Plaintiffs to dismiss Mercury Insurance Company, without prejudice, in the above styled and numbered cause, and the Court, having heard and considered the same and being fully advised in the premises, finds that the Motion is well-taken and should be, and the same is hereby granted and sustained.

It is, therefore, ORDERED AND ADJUDGED that Mercury Insurance Company, one of the Defendants in the above styled and numbered cause, be and is hereby dismissed, without prejudice. Mercury Insurance Company's pending motions to dismiss [17, 33] are denied as moot.

So ORDERED AND ADJUDGED, on this the ___ day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND SO MOVED:


___*s/Shane McLaughlin*_____
OF COUNSEL FOR PLAINTIFFS
R. SHANE McLAUGHLIN (MSB 101185)
McLaughlin Law Firm
338 North Spring Street, Suite 2
Post Office Box 200
Tupelo, MS 38802
Telephone: 662-840-5042
Facsimile: 662-840-5043
Email: rsm@mclaughlinelawfirm.com


___*s/Dorrance Aultman*_____
OF COUNSEL FOR DEFENDANT
MERCURY INSURANCE COMPANY
DORRANCE AULTMAN (MSB 1661)
Aultman Law Firm, Ltd.
Post Office Box 750
Hattiesburg, MS 39403
Telephone: 601-583-2671
Facsimile: 601-583-2677
Email: da@aultmanlaw.com